1   GLANCY BINKOW & GOLDBERG LLP        KATTEN MUCHIN ROSENMAN LLP
    Lionel Z. Glancy (SBN 134180)           Richard H. Zelichov (SBN 193858)
2   Ex Kano S. Sams II (SBN 192936)         richard.zelichov@kattenlaw.com
    Louis N. Boyarsky (SBN 263379)          Christina L. Costley (SBN 227134)
3   1801 Avenue of the Stars, Suite 311     christina.costley@kattenlaw.com
    Los Angeles, California 90067           2029 Century Park East, Suite 2600
4   Telephone: (310) 201-9150               Los Angeles, California 90067-3012
    Facsimile: (310) 201-9160               Telephone: (310) 788-4400
5   E-mail: info@glancylaw.com              Facsimile: (310) 788-4471
6
7   THE BRISCOE LAW FIRM, PLLC              David H. Kistenbroker
    Willie C. Briscoe                       david.kistenbroker@kattenlaw.com
8   8117 Preston Road, Suite 300            Carl E. Volz
    Dallas, Texas 75225                     carl.volz@kattenlaw.com
9                                           525 W. Monroe Street
                                            Chicago, IL 60661-3693
10                                          Telephone: (312) 902-5200
                                            Facsimile: (312) 577-4721
11
12  *Attorneys For Plaintiff*                *Attorneys For Defendants*
                                            *and Nominal Defendant*
13
14                 **UNITED STATES DISTRICT COURT**
15
                   **CENTRAL DISTRICT OF CALIFORNIA**
16
17  VIVIAN R. DULBERG, Derivatively on Behalf   **Case No. 8:11-CV-00351 JVS (RNBx)**
    of Herself and All Others Similarly Situated,
18
                    Plaintiff,                  **Joint Stipulation Staying Case Pending the**
19                                              **Motion to Dismiss in the Related Securities**
              vs.                               **Class Action**
20
21  FRANCO PLASTINA, WILLIAM H.
    EVERETT, GREGORY S. RUSH,
22  MARK A. FLOYD, RONALD W. BUCKLY,
    HUBERT DE PESQUIDOUX, DAVID R.
23  LAUBE, CAROL G. MILLS, KRISH PRABHU,
    AND MICHAEL P. RESSNER
24
                   Defendants,
25
                    -and-
26
27  TEKELEC, a California corporation,
28                 Nominal Defendant

---
                                    1

1    Plaintiff Vivian Dulberg and Defendants Franco Plastina, William H. Everett, Gregory S.
2    Rush, Mark A. Floyd, Ronald W. Buckly, Hubert de Pesquidoux, David R. Laube, Carol G. Mills,
3    Krish Prabhu, and Michael Ressner (collectively "Defendants") and Nominal Defendant Tekelec,
4    through their attorneys, hereby jointly stipulate to stay the above-captioned litigation ("Derivative
5    Litigation") until and through the resolution of the motion to dismiss that will be filed in a related
6    securities class action lawsuit pending in the United States District Court for the Eastern District of
7    North Carolina.  In support of their joint stipulation, the parties state as follows:

8    1.    This joint stipulation will promote the efficient and orderly administration of justice.

9    2.    This joint stipulation will also help coordinate the Derivative Litigation with a
10   securities class action lawsuit that was filed against Tekelec, Franco Plastina, William Everett, and
11   Gregory Rush, captioned *Pipefitters Local No. 636 Defined Benefit Plan v. Tekelec, et al.*, No. 11-
12   cv-00004-D (E.D.N.C.) ("Securities Class Action").

13   3.    The Securities Class Action is governed by the Private Securities Litigation Reform
14   Act of 1995 ("PSLRA"), which provides a mechanism by which a lead plaintiff or lead plaintiff(s)
15   are appointed and lead plaintiffs' selection of lead counsel is approved.  The PSLRA also imposes a
16   stay on discovery in the Securities Class Action until after plaintiffs have established that they can
17   state a claim for relief against the defendants.  In accordance with the PSLRA, the plaintiffs filed a
18   motion for appointment as lead plaintiffs and for approval of their selection of co-lead counsel,
19   which was granted on April 28, 2011.

20   4.    Pursuant to a scheduling order entered by the court in the Securities Class Action, the
21   defendants currently expect to file a motion to dismiss the complaint within sixty days of either (i)
22   receiving notice that lead plaintiff will not file an amended complaint, or (ii) the filing of an
23   amended complaint, which must be filed within sixty days of the order appointing a lead plaintiff.

24   5.    The issues, parties, and allegations in the Derivative Litigation overlap substantially
25   with the issues, parties, and allegations in the Securities Class Action.  It would therefore constitute a
26   waste of judicial resources for the Court and the parties to litigate the Securities Class Action and the
27   Derivative Litigation at the same time.   Indeed, the Court has previously stayed shareholder

28

2

1    derivative cases under similar circumstances.  *See, e.g., Cucci v. Edwards*, Case No. 07-532, 2007

2    WL 3396234 (C.D. Cal. Oct. 31, 2007); *Breault v. Folino,* Case No. 01-826, 2002 WL 31974381

3    (C.D. Cal. Mar. 15, 2002).

4            WHEREFORE, the parties jointly stipulate:

5            a)    The Derivative Litigation (including all discovery) shall be stayed until after

6    the court rules on the expected motion to dismiss the complaint or any amended complaint in the

7    Securities Class Action; and

8            b)    Within 7 days after the court rules on the expected motion to dismiss the

9    complaint or any amended complaint in the Securities Class Action, the parties shall meet and confer

10   and submit a proposed scheduling order governing further proceedings in the Derivative Litigation.

11   STIPULATED AND AGREED TO:

12

13   DATED: May 4, 2011

14                                          GLANCY BINKOW & GOLDBERG LLP

15

16                                          By:  s/ Ex Kano S. Sams II
17                                               **AN ATTORNEY FOR PLAINTIFF**

18

19                                          KATTEN MUCHIN ROSENMAN LLP

20

21                                          By: s/ Richard H. Zelichov
22                                               **AN ATTORNEY FOR DEFENDANTS**
                                                 **AND NOMINAL DEFENDANT**

23

24

25

26

27

28

                                          3

**JOINT STIPULATION STAYING CASE PENDING**
**THE MOTION TO DISMISS IN THE RELATED SECURITIES CLASS ACTION**